FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

99 FEB 19 PM 3: 49

ENTERED

FEB 1 9 1999

DEBORAH K. AARON, )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO-CV-98-L-1138-J
)
METROPOLITAN LIFE )
INSURANCE COMPANY, INC., )
)
Defendant. )

## MEMORANDUM OPINION

This matter comes before the court on defendant's Motion For Summary Judgment, filed February 4, 1999. On September 15, 1998, the plaintiff executed a Release in which she assigned and transferred all rights which she may have had in this matter. Thus, the plaintiff has no standing to continue to assert these claims against this defendant. A separate judgment will be entered.

Done this 19th day of February, 1999.

_____
Senior Judge

8